No. 03–8903. REYNA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8985. AVALOS ALBA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–9021. HYLTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9098. LOPEZ-ORTIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9423. SMITH *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–9435. POPE *v.* MARSHALL. C. A. 1st Cir. Certiorari denied.

No. 03–9441. EDGE *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9442. WIMBUSH *v.* GADDIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–9443. YOUNG *v.* AMERITECH/SBC, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–9446. SYKES *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9451. CARTER *v.* CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–9454. DUPRE *v.* FREDLUND, CHAIRMAN, LOUISIANA BOARD OF REVIEW. Ct. App. La., 4th Cir. Certiorari denied.

No. 03–9457. WHIT *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9460. BATOR *v.* HALLOCK ELECTRIC ET AL. Ct. App. Minn. Certiorari denied.

No. 03–9462. MILLAN *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.